**ELLIE ROOHANI, ESQ.**
Nevada Bar No. 12080
**MARINA DALIA-HUNT, ESQ.**
Nevada Bar No. 15367c
**LEGAL AID CENTER OF**
**SOUTHERN NEVADA, INC.**
725 E. Charleston Blvd
Las Vegas, NV 89104
Phone: (702) 386-1070
eroohani@lacsn.org
mdaliahunt@lacsn.org
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Y.G.S., BY AND THROUGH HIS NEXT FRIEND AND EDUCATIONAL DECISION MAKER, DR. BRENDA PEARSON,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:26-cv-1492-GMN-EJY<br><br>**STIPULATED DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER \*\*SUBMITTED IN COMPLIANCE WITH LR 26-1(b)\*\*** |

Pursuant to Federal Rule of Civil Procedure 26(f) and District of Nevada Local Rules of Practice 26-1(a), Plaintiff Y.G.S., by and through his next friend and Educational Decision Maker, Dr. Brenda Pearson, by and through counsel Ellie Roohani, Esq. and Marina Dalia-Hunt, Esq. of the Legal Aid Center of Southern Nevada, Inc., and Defendant, Clark County School District, by and through counsel, David R. Mishook of Fagen, Friedman & Fulfrost, LLP, admitted *pro hac vice*, hereby, respectfully submit the following Stipulated Discovery Plan and Proposed Scheduling Order:

- 1 -

## I.    MEETING

The following parties' counsel met via virtual video conference for the Rule 26(f) conference on July 8, 2026, at 1:00 p.m.:

A. Ellie Roohani, Esq. and Marina Dalia-Hunt, Esq. of the Legal Aid Center of Southern Nevada, Inc. representing Plaintiffs; and

B.  David R. Mishook of Fagen, Friedman & Fulfrost, LLP, representing Defendant.

## II.    INITIAL DISCLOSURES

This proceeding is exempt from initial disclosures under FRCP 26(a)(1)(B)(i) because it is an action for review on an administrative record.

## III.    DISCOVERY PLAN

### A.  Discovery Cut-Off

The parties propose that the discovery period run until Friday, September 25, 2026, which is 90 days from the date of the filing of Defendant's Answer (filed June 26, 2026).

### B.  Dates Agreed By The Parties

The parties jointly propose the following expedited discovery plan:

| | |
|---|---|
| Discovery Cut-Off | Friday, September 25, 2026 |
| Initial Disclosures | Exempt[1] |
| Amend Pleadings/Add Parties | Friday, July 31, 2026 |
| Initial Expert Disclosures | Friday, August 28, 2026 |
| Rebuttal Expert Disclosures | Friday, September 11, 2026 |
| Dispositive Motions | Friday, October 23, 2026 |
| Joint Pre-Trial Order | The later of 30 days after decision, or Friday, December 4, 2026 |

---

[1]  FRCP 26(a)(1)(B)(i).

## IV. OTHER ISSUES

### A. Alternative Dispute Resolution

The parties have conferred about the possibility of using alternative dispute resolution processes. The parties have agreed that, after some discovery has occurred, the parties may request a settlement conference to take place.

### B. Alternative Forms of Case Disposition

The parties have considered trial by magistrate judge under 28 U.S.C. § 636(c) and FRCP 73, and the use of the short trial program. The parties will file appropriate documentation should they decide to consent to trial by magistrate judge.

### C. Electronic Evidence

The parties have considered the possibility of presenting evidence in electronic format. In the event that any electronic evidence is submitted by either party, the parties understand that such evidence must be submitted in a format that is compatible with the Court's electronic evidence display system. The parties will consult the Court's website or contact the courtroom administrator for instructions about how to prepare evidence in a format that meets these requirements.

### D. Court Conference

The parties do not request a conference with the Court before entry of the scheduling order.

Respectfully Submitted this 13th day of July, 2026.

| | |
|---|---|
| **LEGAL AID CENTER OF SOUTHERN NEVADA, INC.** | **FAGEN FRIEDMAN & FULFROST, LLP** |
| | By: /s/ David R. Mishook |
| By: /s/ Ellie Roohani | **DAVID R. MISHOOK, ESQ.** |
| **ELLIE ROOHANI, ESQ.** | Admitted *Pro Hac Vice* |
| Nevada Bar No. 12080 | *Attorney for Defendant* |
| **MARINA DALIA-HUNT, ESQ.** | |
| Nevada Bar No. 15367c | |
| *Attorneys for Plaintiff* | |

## ORDER

Upon Stipulation of the parties, it is hereby **ORDERED** deadlines for discovery shall be per the parties' stipulation.

**IT IS SO ORDERED.**

DATED: ___July 13_____, 2026

_____
UNITED STATES MAGISTRATE JUDGE