AARON D. FORD
Attorney General
CHRISTENA GEORGAS-BURNS (Bar No. 14314)
Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
T: (702) 486-9234
E: cgeogasburns@ag.nv.gov

*Attorneys for Non-Party Nevada Department of Education*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Y.G.S., by and through his next friend and educational decision maker, DR. BRENDA PEARSON,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:26-cv-1492-GMN-EJY<br><br>**NON-PARTY NEVADA DEPARTMENT OF EDUCATION'S MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORDS INCLUDING CONFIDENTIAL STUDENT RECORDS UNDER SEAL** |

In accordance with LR IA 10-5(a), non-party, Nevada Department of Education ("NDE"), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Christena Georgas-Burns, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby moves for leave to file the administrative records as required by 20 U.S.C. §1415(i)(2)(c)(i), including confidential personal identifiable student information and education records, under seal. A Proposed Order has been attached to this Motion as Exhibit A. This motion is made and based on the following memorandum of points and authorities as well as pleadings and papers on file in this matter.

. . .

. . .

. . .

. . .

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

On July 14, 2026, Plaintiff Y.G.S., by and through his next friend and educational decision maker, Dr. Brenda Pearson ("Plaintiff"), by and through counsel, Ellie Roohani, Legal Aid Center of Southern Nevada, requested transmittal of the administrative records to the court for this matter pursuant to 20 U.S.C. §1415(i)(2)(c)(i). As the custodian of records, NDE gathered and reviewed the administrative records for transmission to the court. Upon review, the records requested contain confidential personal identifiable student information and education records protected from public disclosure under the Family Education Rights and Privacy Act ("FERPA"). Therefore, NDE is precluded from filing the administrative records until an Order is entered that protects the administrative records from public disclosure and seeks leave to file such records under seal.

## II. LEGAL ARGUMENT

LR IA 10-5(a) requires papers filed with the Court under seal to be accompanied by a motion for leave to file those documents under seal.[1] "Courts have recognized a general right of the public to inspect and copy public records and documents, including judicial records and documents."[2] This right is not absolute though and "a narrow range of documents is not subject to the right of public access at all because the records have 'traditionally been kept secret for important policy reasons."[3] The U.S. Supreme Court has held that "safeguarding the physical and psychological well-being of a minor [] is a compelling" interest.[4] Further, FERPA prohibits the "release of education records (or personally identifiable information contained therein other than directory information…) of students without the written consent of their parents" or a court order to protect the student's privacy.[5]

---

[1] *See* LR IA 10-5(a).

[2] *Kamakana*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal citations omitted).

[3] *Id.* (internal citation omitted).

[4] *Global Newspaper Co. v. Superior Court for Norfolk Cnty*, 102 S. Ct. 2613, 2620 (1982)

[5] See 20 U.S.C.A. §1232(g)(b)

Here, the administrative records contain Y.G.S.'s confidential personal identifiable student information and education records that are protected from disclosure to the public by FERPA. There is little need for public disclosure of this information as compared to the significant interest in preserving the confidentiality of this private and sensitive information. The administrative records should be filed under seal to prevent entry into the public record and to protect Plaintiff's privacy and well-being.

## III. CONCLUSION

The need to protect the confidential nature of Plaintiff's confidential personal identifiable student information and education records is a compelling reason to justify the filing of the administrative records under seal. For these reasons, NDE respectfully requests this Court grant this **NON-PARTY NEVADA DEPARTMENT OF EDUCATIONS MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORDS INCLUDING CONFIDENTIAL STUDENT RECORDS UNDER SEAL.**

Respectfully submitted this 30th day of July 2026.

AARON D. FORD
Attorney General

By: */s/ Christena Georgas-Burns*
CHRISTENA GEORGAS-BURNS
Deputy Attorney General
Nevada Bar No. 14314

*Attorneys for Non-Party*
*Nevada Department of Education*

The Court finds the Nevada Department of Education establishes good reason, as established by the Ninth Circuit in *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), for sealing seal the administrative records applicable to this case.

Accordingly, IT IS HEREBY ORDERED that the Motion to Seal at ECF No. [17] is GRANTED.

Dated this 30th day of July, 2026.

[signature]
UNITED STATES MAGISTRATE JUDGE