David R. Mishook
*Admitted Pro Hac Vice*
dmishook@f3law.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Telephone: 510.550.8200
Facsimile: 510.550.8211

Attorneys for CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

Y.G.S., BY AND THROUGH HIS NEXT FRIEND AND EDUCATIONAL DECISION MAKER, DR. BRENDA PEARSON,

Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT,

Defendant.

CASE NO. 2:26-cv-01492-GMN-EJY

**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**

**(First Request)**

Plaintiff Y.G.S., by and through counsel Ellie Roohani, Esq., and Defendant Clark County School District, by and through counsel David R. Mishook, hereby respectfully submit the following stipulation regarding dispositive motion deadlines:

1. On July 13, 2026, the Parties submitted their First Stipulated Discovery Plan setting discovery cutoff for Friday, September 25, 2026 (ECF No. 12);

2. That same day, this Court adopted the proposed discovery plan (ECF No. 13);

3. On August 25, 2026, Plaintiff propounded his first set of interrogatories, first set of requests for admissions, and first set of requests for production;

4. Defendant's deadline to respond to the discovery was September 24, 2026;

5. On September 22, 2026, Defendant requested an additional 14 days to respond to written discovery;

6. On September 23, 2026, Plaintiff granted an additional seven days to respond to

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main 510.550.8200 • Fax 510.550.8211

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main 510.550.8200 • Fax 510.550.8211

written discovery, with Defendant's new deadline to respond set for October 1, 2026;

7. Defendant served its responses to written discovery on October 1, 2026.

8. Plaintiff requested a meet and confer with local counsel Sami Randolph in accordance with the local rules with respect to a discovery dispute. Due to scheduling delays, the parties were not able to meet and confer until October 21, 2026.

9. On October 21, 2026, Ellie Roohani and Marina Dalia Hunt for Plaintiff and David Mishook for Defendant met and conferred virtually over video to discuss outstanding discovery requests in an attempt to resolve disputes without the need for court intervention.

9. The discussion was productive and the parties have entered settlement negotiations that may obviate the need for further litigation.

10. To enable the parties to meaningfully consider settlement and to avoid unnecessary litigation, at this time, the parties are respectfully requesting an extension of the dispositive motion deadline only.

11. Based on the foregoing, the Parties hereby stipulate that the dispositive motion deadline currently set for October 23, 2026 be extended to November 30, 2026.

DATED: October 27, 2026

FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ David R. Mishook
David R. Mishook
Attorneys for CLARK COUNTY SCHOOL DISTRICT

DATED: October 27, 2026

LEGAL AID CENTER OF SOUTHERN NEVADA, INC.

By: /s/ Ellie Roohani
Ellie Roohani, Esq.
Attorneys for Plaintiff

**IT IS SO ORDERED**

**DATED** this 30 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT